| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**INITIAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harvey, Gordon M. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>4/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>02/07/2015 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, N. W.<br>Washington, D.C. 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Moto Incorporated |
| 2. | Board Member | Forsyth Carterville Coal Company |
| 3. | Trustee | Family Trust #3 |
| 4. | Trustee | Family Trust #4 |
| 5. | Trustee | Family Trust #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 4/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Forsyth Carterville Coal Company - Board Member Income | $4,000.00 |
| 2. 2014 | MOTO, Inc. - Board Member Income | $18,000.00 |
| 3. 2013 | Forsyth Carterville Coal Company - Board Member Income | $4,000.00 |
| 4. 2013 | MOTO, Inc. - Board Member Income | $18,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▨▨▨▨▨ Inc - Administration |
| 2. 2014 | MOTO, Inc. - Reduced Vacation Rental Fee |
| 3. 2013 | ▨▨▨▨▨ Inc - Administration |
| 4. 2013 | MOTO, Inc. - Reduced Vacation Rental Fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 4/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Account - Cash | A | Int./Div. | L | T | Exempt | | | | |
| 2. Forsyth Carterville Coal Company Stock | G | Int./Div. | P1 | U | Exempt | | | | |
| 3. Missouri Real Estate Stock | E | Int./Div. | O | U | Exempt | | | | |
| 4. Moto Incorporated Stock | F | Int./Div. | P1 | U | Exempt | | | | |
| 5. Fidelity IRA #1 | C | Int./Div. | K | T | Exempt | | | | |
| 6. - Vanguard Target Ret 2035 FD Investor CL | | | | | | | | | |
| 7. Fidelity IRA #2 | C | Int./Div. | K | T | Exempt | | | | |
| 8. - Vanguard Target Ret 2035 FD Investor CL | | | | | | | | | |
| 9. TIAA Account LFCYCLE 2030T4 | B | Int./Div. | K | T | Exempt | | | | |
| 10. Real Estate, Mercer County, West Virginia Property | | None | K | W | Exempt | | | | |
| 11. Family Trust #1 | C | Int./Div. | M | T | Exempt | | | | |
| 12. - Cash Account mgd by The Commerce Trust Company | | | | | | | | | |
| 13. - Missouri Real Estate Stock | | | | | | | | | |
| 14. Family Trust #2 | C | Int./Div. | M | T | Exempt | | | | |
| 15. - Cash Account mgd by The Commerce Trust Company | | | | | | | | | |
| 16. - Missouri Real Estate Stock | | | | | | | | | |
| 17. Family Trust #3 | B | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Alliance Growth | | | | | | | | | |
| 19. - Emerging Markets mgd by J.P. Morgan Investment Management | | | | | | | | | |
| 20. - Growth Opportunities mgd by Invesco Advisers | | | | | | | | | |
| 21. - Invesco VI Comstock Fund | | | | | | | | | |
| 22. - Natural Resources mgd by Wellington Management Company | | | | | | | | | |
| 23. - Real Estate mgd by Pyramis Global Advisors | | | | | | | | | |
| 24. - Small & Mid Cap Value mgd by AllianceBernstein | | | | | | | | | |
| 25. Family Trust #4 | B | Int./Div. | J | T | Exempt | | | | |
| 26. - Alliance Growth | | | | | | | | | |
| 27. - Emerging Markets mgd by J.P. Morgan Investment Management | | | | | | | | | |
| 28. - Growth Opportunities mgd by Invesco Advisers | | | | | | | | | |
| 29. - Invesco VI Comstock Fund | | | | | | | | | |
| 30. - Natural Resources mgd by Wellington Management Company | | | | | | | | | |
| 31. - Real Estate mgd by Pyramis Global Advisors | | | | | | | | | |
| 32. - Small & Mid Cap Value mgd by AllianceBernstein | | | | | | | | | |
| 33. Family Trust #5 | B | Int./Div. | J | T | Exempt | | | | |
| 34. - Alliance Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey, Gordon M. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Emerging Markets mgd by J.P. Morgan Investment Management | | | | | | | | | |
| 36. - Growth Opportunities mgd by Invesco Advisers | | | | | | | | | |
| 37. - Invesco VI Comstock Fund | | | | | | | | | |
| 38. - Natural Resources mgd by Wellington Management Company | | | | | | | | | |
| 39. - Real Estate mgd by Pyramis Global Advisors | | | | | | | | | |
| 40. - Small & Mid Cap Value mgd by AllianceBernstein | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harvey, Gordon M. | 4/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The non-investment income reported in Section III-A above ceased upon the filer's appointment to the bench on February 13, 2015

Updated as of May 7, 2015 to reflect changes discussed with committee staff.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gordon M. Harvey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544